| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 08/11/2023 |
| WENDY RODRIGUEZ,<br>　　　　　　Plaintiff,<br>　-against-<br>ACTING COMMMISSIONER OF SOCIAL SECURITY,<br>　　　　　　Defendant. | 23-CV-4554 (JMF) (BCM)<br><br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

On August 11, 2023, defendant filed a motion to dismiss this action, pursuant to Fed. R. Civ. P. 12(b)(6), for failure to state a claim upon which relief can be granted, or, in the alternative, for summary judgment pursuant to Fed. R. Civ. P. 56, on the ground that plaintiff's action is not timely. (Dkt. 20.) The motion has been referred to me for report and recommendation. (Dkt. 7.) It is hereby ORDERED:

1. In light of plaintiff's *pro se* status, plaintiff's deadline to respond to defendant's motion is hereby EXTENDED to **September 11, 2023**.

2. Defendant has informed the Court that plaintiff's name may be misspelled in the caption of this action. (Dkt. 20 at 1 n.1.) In her response to defendant's motion, plaintiff should confirm the correct spelling of her full name so that the Court may amend the caption accordingly.

3. Plaintiff is reminded that *pro se* parties may file pleadings, letters, and other documents with the Court by using any of the following methods:

　　a. **Drop off** the document in the drop box located in the lobby of the U.S. Courthouse at 500 Pearl Street, New York, NY, 10007.

　　b. **Mail** the documents to the Pro Se Intake Unit in Room 105 in the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

   c. **Email** the documents to Temporary_Pro_Se_Filing@nysd.uscourts.gov. Instructions for filing documents by email may be found on the Court's website at nysd.uscourts.gov/forms/instructions-filing-documents-email.

4.  The Pro Se Intake Unit (telephone (212) 805-0175) may be of assistance to *pro se* litigants in connection with court procedures.

 Plaintiff may wish to contact the New York Legal Assistance Group (NYLAG) Clinic for Pro Se Litigants in the Southern District of New York, which is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves in civil lawsuits in this court. The clinic is run by a private organization; it is not part of, or run by, the Court. It cannot accept filings on behalf of the Court, which must still be made by any *pro se* party through the Pro Se Intake Unit.

 To receive limited-scope assistance from the clinic, parties may complete the clinic's intake form on their computer or phone at: https://tinyurl.com/NYLAG-ProSe-OI. If parties have questions regarding the form or they are unable to complete it, they may leave a voicemail at (212) 659-5190. The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed. A copy of the flyer with details of the clinic is attached to this order.

Dated: New York, New York        **SO ORDERED.**
   August 11, 2023

                  _____
                  **BARBARA MOSES**
                  **United States Magistrate Judge**