```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WENDY RODRIGUEZ,

        Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

23-CV-4554 (JMF) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On August 10, 2023, the Commissioner of Social Security (Commissioner) filed a motion to dismiss this action. (Dkt. 19.) Given plaintiff's *pro se* status, I *sua sponte* extended plaintiff's deadline to respond to the Commissioner's motion the next day, making her opposition due September 11, 2023. (Dkt. 26.) Plaintiff has not yet responded to the motion.

Because of plaintiff's *pro se* status, the Court once again, *sua sponte*, extends her deadline by 15 days. This is plaintiff's final extension. Plaintiff shall respond to the Commissioner's motion later than **October 2, 2023**. If plaintiff does not respond, the Court will consider the Commissioner's motion unopposed.

Dated: New York, New York
       September 18, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**