UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
WENDYZ RODRIGUEZ, :
:
Plaintiff, :
: 23-CV-4554 (JMF)
-v- :
: ORDER
COMMISSIONER OF SOCIAL SECURITY, :
:
Defendant. :
:
-----------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     In the Report and Recommendation filed on January 10, 2024, Magistrate Judge Moses recommended that the Court grant the Commissioner's unopposed motion to dismiss Plaintiff's claims as time-barred.  ECF No. 28.  Pursuant to 28 U.S.C. § 636(b)(1) and Rules 72(b) and 6(d) of the Federal Rules of Civil Procedure, Plaintiff shall file any written objection by **January 29, 2024**.  The Commissioner shall file any response by **February 12, 2024**.  Failure to object by the deadline will result in a waiver of objections and will preclude appellate review.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b); *Thomas v. Arn*, 474 U.S. 140 (1985).

     The Clerk is directed to mail a copy of this Order and the Report and Recommendation, ECF No. 28, to Plaintiff.

     SO ORDERED.

Dated: January 11, 2024    _____
       New York, New York    JESSE M. FURMAN
                                            United States District Judge